# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>**SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON--DISCLOSURE ORDERS** | **CASE NO. 3:21MJ243-PBS**<br>**3:22MJ43-PBS**<br>**3:22MJ196-CHG** |

## MOTION TO UNSEAL APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States, by counsel, and respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return in the above captioned cases be unsealed. The undersigned has reviewed the materials and submits that the materials do not contain the personal identifying information of uncharged persons.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Brent.Tabacchi@usdoj.gov